STATE of Missouri, Respondent,

v.

Edward DUNHAM, Appellant.

No. WD 39246.

Missouri Court of Appeals, Western District.

Nov. 10, 1987.

Dennis D. Goodden, Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., Jared Cone, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from convictions, after jury trial, of two counts of possession of weapon on premises of correctional institution, § 217.360.1(4), RSMo 1986, and conspiracy to escape confinement, § 564.016, RSMo 1986, and sentences of fifteen years imprisonment on each count to be served concurrently with each other and consecutive to a previous sentence.

Judgment affirmed. Rule 30.25(b).